THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PEDRO RIERA, Appellant.—

No opinion. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.